IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHOADS INDUSTRIES, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-921 |
| | : | |
| SHORELINE FOUNDATION, INC., et al. | : | |
| | : | |
| | | |
| RHOADS INDUSTRIES, INC., et al. | : | |
| | : | |
| v. | : | NO. 17-266 |
| | : | |
| TRITON MARINE CONSTRUCTION CORP. | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, on this 9th day of October, 2020, the Scheduling Order of June 19, 2020 (Doc. 119) is **VACATED** to the extent inconsistent with this Order.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' rebuttal expert report regarding damages from RSM is due no later than October 23, 2020.

2. Plaintiffs must produce the discoverable portion of RSM's file by November 11, 2020.

3. Depositions of experts must be completed by December 23, 2020.

4. The parties may reach out to Christopher Lee to participate in mediation at any time that it may be useful.

5.  The Court will schedule a conference of all parties to set forth additional pre-trial deadlines for a date after December 23, 2020.

6.  Counsel may seek Court assistance for any substantive reason or for scheduling and case management by contacting chambers and requesting a conference.

**BY THE COURT:**

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
United States Magistrate Judge

4813-9128-0846, v. 1