IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHOADS INDUSTRIES, INC., et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-921 |
| | : | |
| SHORELINE FOUNDATION, INC., et al | : | |

| | | |
|---|---|---|
| RHOADS INDUSTRIES, INC., et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-266 |
| | : | |
| TRITON MARINE CONTRUCTION CORP. | : : | |

**ORDER**

**AND NOW**, this 19th day of August, 2021, following upon our review of Defendants' Triton Marine Construction Corporation ("Triton"), TranSystems Corporation (TranSystems"), and Shoreline Foundation, Inc. ("Shoreline") "Joint Motion for Reconsideration of the Court's Order of July 2, 2021 Granting Plaintiffs' Daubert Motion to Preclude Defendants' Expert DM Consulting/John Vitzthum," (Civ. No. 17-266, Doc. 181) and Plaintiffs' Rhoads Industries, Inc. and Rhoads Marine Industries, Inc. (collectively "Rhoads") Response in Opposition (Doc. 183), for the reasons set out in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' request for reconsideration is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE